B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Monee Hospitality, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Red Roof Inn; FDBA Holiday Inn Express** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4131919** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**25640 South Friendship Drive**<br>**Monee, IL**<br>ZIP Code **60449** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**10327 SANDY LN MUNSTER**<br>**Munster, IN**<br>ZIP Code **46321** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Monee Hospitality, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                        Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Monee Hospitality, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
 Signature of Debtor

**X** _____
 Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
 Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

**X** **/s/ Edmund G. Urban III**
_____
Signature of Attorney for Debtor(s)

**Edmund G. Urban III 6182264**
Printed Name of Attorney for Debtor(s)

**Urban & Burt, Ltd.**
Firm Name

**5320 W 159th Street**
**Suite 501**
**Oak Forest, IL 60452**
Address

                        **Email: bk@urbanburt.com**
**708-687-5200  Fax: 708-687-5278**
Telephone Number

**February  1, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jagdish Patel**
_____
Signature of Authorized Individual

**Jagdish Patel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  1, 2013**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Monee Hospitality, Inc.**                              Case No. _____

                                        Debtor(s)                 Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **AEP Energy Pept Ch 19346 Palatine, IL 60055** | **AEP Energy Pept Ch 19346 Palatine, IL 60055** | **Utility service** | | **2,000.00** |
| **Amin & Associates 1114 Thatcher Lane Addison, IL 60101** | **Amin & Associates 1114 Thatcher Lane Addison, IL 60101** | **Accounting service fees** | | **1,800.00** |
| **BW 8700 N. Cote Avenue Munster, IN 46321** | **BW 8700 N. Cote Avenue Munster, IN 46321** | **Corporate loan** | | **25,000.00** |
| **East Haz. 8700 N. Cote Avenue Munster, IN 46321** | **East Haz. 8700 N. Cote Avenue Munster, IN 46321** | **Corporate loan** | | **44,000.00** |
| **Express 325 W. 138th St. Riverdale, IL 60827** | **Express 325 W. 138th St. Riverdale, IL 60827** | **Corporate loan** | | **6,000.00** |
| **Harvey Hospitality, Inc. 8700 N. Cote Avenue Munster, IN 46321** | **Harvey Hospitality, Inc. 8700 N. Cote Avenue Munster, IN 46321** | **Corporate loan** | | **44,292.00** |
| **Holiday Inn Express c/o IHG Nimesh Patel Three Ravinia Drive, Suite 100 Atlanta, GA 30346-2149** | **Holiday Inn Express c/o IHG Nimesh Patel Three Ravinia Drive, Suite 100 Atlanta, GA 30346-2149** | **Liquidated damages and interest from former hotel franchisor** | **Disputed** | **212,000.00** |
| **Jag Inc. 10327 Sandy Lane Munster, IN 46321** | **Jag Inc. 10327 Sandy Lane Munster, IN 46321** | **Corporate loan** | | **10,000.00** |
| **Jagdish Patel 10327 Sandy Lane Munster, IN 46321** | **Jagdish Patel 10327 Sandy Lane Munster, IN 46321** | **Business loan to Debtor** | | **450,155.00** |
| **Kentland Hospitality, Inc. 205 S. 7th St. Kentland, IN 47951** | **Kentland Hospitality, Inc. 205 S. 7th St. Kentland, IN 47951** | **Corporate loan** | | **44,500.00** |
| **LCS 8700 N. Cote Avenue Munster, IN 46321** | **LCS 8700 N. Cote Avenue Munster, IN 46321** | **Corporate loan** | | **6,016.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Monee Hospitality, Inc.**                                        Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **LSI**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **LSI**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Coraporate loan** | | **45,000.00** |
| **Pravin**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Pravin**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Corporate loan** | | **5,000.00** |
| **Red Roof Franchising**<br>**PO Box 840551**<br>**Dallas, TX 75284-0551** | **Red Roof Franchising**<br>**PO Box 840551**<br>**Dallas, TX 75284-0551** | **Franchising fees 7/31/12-12/31/12** | | **11,500.00** |
| **Suburban E-Z Premium**<br>**5616 W. 95th St.**<br>**Oak Lawn, IL 60453** | **Suburban E-Z Premium**<br>**5616 W. 95th St.**<br>**Oak Lawn, IL 60453** | **Services rendered** | | **1,480.00** |
| **United Central Bank**<br>**4555 West Walnut**<br>**Garland, TX 75042** | **United Central Bank**<br>**4555 West Walnut**<br>**Garland, TX 75042** | **25640 South Friendship Drive, Monee, IL 60449 PIN: 21-14-20-101-001-0 000 Value generated by analyzing comparable hotels and by room multiplication** | **Disputed** | **1,950,000.00**<br><br>**(670,000.00 secured)** |
| **Vijay Inc.**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Vijay Inc.**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Corporate loan** | | **5,000.00** |
| **Vijay Patel**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Vijay Patel**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Business loan to Debtor** | | **756,195.00** |
| **VRAJ**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **VRAJ**<br>**8700 N. Cote Avenue**<br>**Munster, IN 46321** | **Corporate loan** | | **22,500.00** |
| **Will County Treasurer**<br>**392 North Chicago Street**<br>**Joliet, IL 60432-4059** | **Will County Treasurer**<br>**392 North Chicago Street**<br>**Joliet, IL 60432-4059** | **Estimated property tax** | | **32,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Monee Hospitality, Inc.**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 1, 2013**                         Signature   **/s/ Jagdish Patel**
                                                                 **Jagdish Patel**
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

In re   **Monee Hospitality, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **25640 South Friendship Drive, Monee, IL 60449**<br>**PIN: 21-14-20-101-001-0000**<br>**Value generated by analyzing comparable hotels and by room multiplication** | **Fee simple** | - | **670,000.00** | **1,950,000.00** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **670,000.00** | (Total of this page) |
| | Total > | **670,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re **Monee Hospitality, Inc.** ,                                    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **6800** <br><br> **United Central Bank** <br> **4555 West Walnut** <br> **Garland, TX 75042** | X | - | | **1/31/09** <br> **First Mortgage** <br> **25640 South Friendship Drive, Monee, IL 60449** <br> **PIN: 21-14-20-101-001-0000** <br> **Value generated by analyzing comparable hotels and by room multiplication** | | | X | | |
| | | | | Value $                670,000.00 | | | | 1,950,000.00 | 1,280,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__   continuation sheets attached

|  | Subtotal <br> (Total of this page) | 1,950,000.00 | 1,280,000.00 |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 1,950,000.00 | 1,280,000.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Monee Hospitality, Inc.** _____  Case No. _____

Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 23,787.00 |
| Prior to the filing of this statement I have received | $ | 23,787.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):   **Harvey Hospitality Inc**
**10327 Sandy Lane**
**Munster, IN 46321**

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
     reaffirmation agreements and applications as needed; All matters as set forth in debtors written retainer
     agreement pertaining to the prosecution of a Chapter 11 case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:  **February 1, 2013** _____    /s/ Edmund G. Urban III _____
**Edmund G. Urban III 6182264**
**Urban & Burt, Ltd.**
**5320 W 159th Street**
**Suite 501**
**Oak Forest, IL 60452**
**708-687-5200  Fax: 708-687-5278**
**bk@urbanburt.com**

---

**URBAN & BURT, LTD.**
ATTORNEYS AT LAW
5320 WEST 159TH STREET
OAK CENTER - SUITE 501
OAK FOREST, ILLINOIS 60452

TELEPHONE: 708-687-5200

EDMUND G. URBAN
EDWARD J. BURT
EDMUND G. URBAN III
CHERYL C. ZELEZNAK
LESLIE A. COHEN McGREGOR
PATRICK C. SHIFLEY
CHRISTOPHER H. BURT

TELECOPIER NUMBER:
708-687-5278
INTERNET:
www.urbanburt.com

### RETAINER AGREEMENT
Chapter 11 Reorganization

1.  <u>Nature and Scope of the Engagement:</u> Urban & Burt's client will be Monee Hospitality Inc. ("Monee

Hospitality"). Urban & Burt agrees to represent and advise Monee Hospitality with respect to the

commencement of a Chapter 11 case and the bringing or defense of related litigation, subject to

the limitations and conditions set forth below. Our agreement to represent Monee Hospitality is

contingent upon Monee Hospitality's payment to us of an advance payment retainer as hereinafter

provided, and to promptly pay fees and costs as billed hereafter, and to maintain a credit balance

with us at all times in the future.

Monee Hospitality acknowledges that Urban & Burt is not Monee Hospitality's general counsel, that

this engagement does not involve representation of Monee Hospitality in any matter, case or

proceeding, other than as set forth herein, and that Urban & Burt;s prior representation in

Foreclosure case 12 CH 01372, pending in Will County, Illinois, is an action not included in this

retainer agreement. This engagement is limited to advising and consulting with the duly authorized

representatives of Monee Hospitality regarding its financial restructuring under Chapter 11. Monee

Hospitality has or agrees that it will arrange for other legal counsel to advise and represent Monee

Hospitality with respect to ordinary business activities and nonbankruptcy litigation matters except

to the extent that Urban & Burt expressly agrees or has agreed to undertake such activities or

Initial _PS_    Initial _JP_    Page 1 of 4

matters.

Urban & Burt agrees to represent the debtor on all matters arising in the Chapter 11 filing, as required by Local Bankruptcy Rules, and explain how and when our attorney's fees are determined and paid. Urban & Burt agrees to timely prepare and file the debtor's petition and required motions, and to provide knowledgeable legal representation, and advise Monee Hospitality of the status of the intended case and of all deadlines or legal requirements. Urban & Burt agrees to monitor all necessary case information and to timely respond to Monee Hospitality's requests for information. Monee Hospitality agrees to inform Urban & Burt of all important financial issues which occur during the pendency of the intended Chapter 11 case, and to respond in a timely fashion to all requests for information by Urban & Burt.

2.  <u>Hourly Fees</u>: Where feasible, we will utilize the resources available to Urban & Burt to reduce the total cost of legal services in this matter. The hourly rate for work done by Edmund G. Urban, III is $350, for Leslie Cohen-McGregor it is $300, and for Patrick Shifley, or any other associate with the firm, it is $250. For legal assistants from $75.

3.  <u>Costs</u>: In addition to our fees, our bills will include allocable charges for costs and expenses incurred in performing our services, such as printing and reproduction services, mail, messenger and delivery services, computerized research, travel (including mileage, parking, air or rail fare, lodging, meals, taxi or car rental), court costs and filing fees and other litigation support services.

4.  <u>Advance Payment</u>:. Our agreement to represent Monee Hospitality is contingent upon Monee Hospitality's payment to us of an advance payment retainer of $25,000 by check, and the agreement of Monee Hospitality to promptly pay additional advance fee payments if and when requested, to promptly pay fees and costs as billed hereafter and to maintain a credit balance with us at all times in the future. With your consent, we will treat the advance fee as Urban & Burt's property and will apply the advance fee to our fees and costs as generated.

Initial  _____    Initial _____    Page 2 of 4

The advance fee does not represent an estimate of the total fees that will be incurred in this matter and this agreement will confirm that no such estimate has been provided. Notwithstanding payment of the advance fee, Monee Hospitality shall remain liable to Urban & Burt for all amounts owed to Urban & Burt pursuant to the terms of this engagement letter.

The advance payment retainer is necessary and in the interest of Monee Hospitality due to the immediacy of Monee Hospitality's legal issues and the magnitude and difficulty of the required filings.

5.  Privilege: To enable Urban & Burt to render services effectively, Monee Hospitality agrees to disclose all relevant facts and keep Urban & Burt apprized of significant developments relating to this representation, to cooperate with our attorneys, and to be available to attend meetings and other conferences as necessary. It is in Monee Hospitality's best interest to preserve the confidentiality of all communications with Urban & Burt. However, Monee Hospitality should also be aware that, under applicable law, in the event a trustee or examiner is appointed in a Chapter 11 case the trustee or examiner may waive the attorney-client privilege as to otherwise privileged communications between Urban & Burt and the representatives of Monee Hospitality.

6.  Client Documents: Urban & Burt will maintain any necessary documents (including any electronic copies) relating to this matter in our client files. At the conclusion of our representation Urban & Burt will retain any remaining documents in our files for a certain period of time, after which Urban & Burt will destroy them in accordance with its record retention program then in effect.

7.  Termination of Representation. Monee Hospitality has the right at any time to terminate our services and representation upon written notice to us. Such termination shall not, however, relieve Monee Hospitality of the obligation to pay for all services already rendered, including work in progress and work remaining incomplete at the time of termination, and to pay for all expenses

Initial __*PS*__      Initial __*VB*__      Page 3 of 4

incurred on behalf of Monee Hospitality through the date of termination. Urban & Burt reserves the right to withdraw from Monee Hospitality's representation, if, among other things, Monee Hospitality fails to honor the terms of this engagement letter (including, without limitation, the failure to pay additional advance fees if and when requested by Urban & Burt), Monee Hospitality fails to cooperate or follow our advice on a material matter, or any fact or circumstance would render our continued relationship unlawful or unethical or would otherwise authorize such termination, subject to applicable rules of professional conduct. In the event that Urban & Burt terminates the engagement, Urban & Burt will take such steps as are reasonably practicable to protect Monee Hospitality's interests, and Monee Hospitality agrees that it will take all steps necessary to free Urban & Burt of any obligation to perform further, including the execution of any documents necessary to perfect Urban & Burt's withdrawal and further that we will be entitled to be paid for all services rendered and costs or expenses paid or incurred on behalf of Monee Hospitality through the date of withdrawal, subject to allowance by the Bankruptcy Court or under a confirmed plan. If permission for withdrawal is required by a court, Urban & Burt will promptly apply for such permission, and Monee Hospitality agrees to engage successor counsel to represent it. Termination of the representation shall not affect the validity of the waivers set forth above concerning the Firm's existing or future representation of other clients.

_____ Date: 2/1/13
Accepted and Agreed to by Urban & Burt, LTD

_____ Date: 2/1/13
Accepted and Agreed to by Monee Hospitality, Inc.
By: Jagdish Patel, President

Initial _P S_    Initial _____    Page 4 of 4

**URBAN & BURT, LTD.**
ATTORNEYS AT LAW

TELEPHONE: 708-687-5200
FAX: 708-687-5278
WWW.URBANBURT.COM

## RETAINER AGREEMENT
## COURT OR CONTESTED MATTER - HOURLY CHARGE

I, the client, hereby retain and employ Urban & Burt, Ltd., attorneys, to represent me in connection with the following: Defense of Foreclosure and negotiations with United Central Bank. 12CH 1372

I agree to pay the firm of Urban & Burt, Ltd. the following fees for services in connection with this matter:

1.    $ __17,500.00__ retainer. This is the minimum fee for time, preparation and responsibility, and is advance payment of attorney fees which will be charged at the hourly rate of $350.00 per hour;

2.    $350.00 per hour for attorney's non-court time and court time. Contested court time will be billed at $350.00 per hour. Charges will be made for all the time an attorney spends on your case including items such as, but not limited to, court appearances, conferences, arbitration hearings, depositions, travel, negotiations, phone calls, preparation, drafting documents, and legal research.

3.    $75.00 per hour will be charged for non-attorney staff time.

4.    Costs - At the attorney's discretion, Urban & Burt, Ltd. may advance certain costs. Costs are money paid to other persons or entities on the client's behalf for services such as, but not limited to, filing fees, service of process, subpoenas, court reporters, expert consultants, opinion witnesses and Westlaw or other electronic research fees. The client will either pay these costs in advance or pay at the time they are billed, as required by Urban & Burt, Ltd. These costs are in addition to any amount due Urban & Burt, Ltd. for services rendered. The client agrees to pay all reasonable costs that, in the attorney's discretion, are deemed necessary to properly protect the client's interest.

| | |
|---|---|
| RETAINER DUE PRIOR TO REPRESENTATION | $__17,500.00__ |
| COSTS DUE PRIOR TO FILING OF PAPERS | $_____ |
| TOTAL AMOUNT DUE FOR RETAINER AND COSTS | $__17,500.00__ |

The exact amount of the client's total legal fees and costs depends on a number of factors including the cooperation or non-cooperation of other parties involved in the matter and their attorneys, amount of discovery necessary, and number of court appearances necessary.
I agree to cooperate with my attorneys in locating witnesses, furnishing documents, securing testimony and in all other similar matters required by my attorneys.
I agree and authorize my attorneys to file an action in an appropriate Court when, in the opinion of my attorneys, such action would be to my advantage.
I understand that I will be billed monthly for all amounts due for fees and costs advanced. These amounts are **due in full on the tenth day after the date of the bill**. Balances not paid by the 10th day of the month will be charged with interest at the rate of 1.5% per month, reflecting 18% per year. If it is necessary to enforce this agreement by collection proceedings, attorney's fees shall be paid at the above hourly rate. Entire bill is due at or before completion of the matter.

Agreed to by Client:

_____  Date __4/ 20 /12__

_____

Urban & Burt, Ltd.:

By: _____

This retainer not valid unless countersigned by an authorized attorney of Urban & Burt, Ltd.
L:\management\retainers\ctcontest350.wpd

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Monee Hospitality, Inc.**                                  Case No.
                                            Debtor(s)        Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          **59**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 1, 2013**              **/s/ Jagdish Patel**
                                          **Jagdish Patel/President**
                                          Signer/Title

I,      **Edmund G. Urban III 6182264**      , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of   **6**   page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **February 1, 2013**              **/s/ Edmund G. Urban III**
                                          Signature of Attorney
                                          **Edmund G. Urban III 6182264**
                                          **Urban & Burt, Ltd.**
                                          **5320 W 159th Street**
                                          **Suite 501**
                                          **Oak Forest, IL 60452**
                                          **708-687-5200   Fax: 708-687-5278**

AEP Energy
Pept Ch 19346
Palatine, IL 60055


Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154


American Hotel Register
PO Box 71299
Chicago, IL 60694


Amin & Associates
1114 Thatcher Lane
Addison, IL 60101


AmTrust North America
11330 Lakefield Dr
Duluth, GA 30097


AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T
PO Box 8100
Aurora, IL 60507-8100


Bharati Patel
8700 N. Cote Avenue
Munster, IN 46321


Booking.com
5295 Paysphere Circle
Chicago, IL 60674


BW
8700 N. Cote Avenue
Munster, IN 46321


Culligan Water Conditioning
9400 Enterprise Drive
Mokena, IL 60448

Daksha Patel
10327 Sandy Lane
Munster, IN 46321


Direct TV
PO Box 5392
Miami, FL 33152


East Haz.
8700 N. Cote Avenue
Munster, IN 46321


ECO Lab Inc
PO Box 70343
Chicago, IL 60673


EFR Fire & Safety
PO Box 635
Mokena, IL 60448


Elevator Systems Inc.
PO Box 2001
Orland Park, IL 60462


Elliot & Associates
1430 Lee St.
Des Plaines, IL 60018


Executive Vice President Franchising
Red Roof Franchising, LLC
605 South Front Street
Columbus, OH 43215


Express
325 W. 138th St.
Riverdale, IL 60827


First Data
5565 Glenridge Connector NE
SUite 2000
Atlanta, GA 30342

General Counsel
Red Roof Franchising, LLC
665 South Front Streett
Columbus, OH 43215


General Counsel, RRF, LLC
The Red Roof Building
605 S. Front Street
Columbus, OH 43215


Harvey Hospitality, Inc.
8700 N. Cote Avenue
Munster, IN 46321


Holiday Inn Express c/o IHG
Nimesh Patel
Three Ravinia Drive, Suite 100
Atlanta, GA 30346-2149


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 West Randolph Street
Chicago, IL 60602


Illinois Dept of Employment Security
Benefits Repayments
PO Box 6996
Chicago, IL 60680-6996


In the Swim
320 Industrial Drive
West Chicago, IL 60185


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Isidro Diaz
135 155th Place
Chicago, IL 60638


Jag Inc.
10327 Sandy Lane
Munster, IN 46321

Jagdish Patel
10327 Sandy Lane
Munster, IN 46321


Kentland Hospitality, Inc.
205 S. 7th St.
Kentland, IN 47951


LCS
8700 N. Cote Avenue
Munster, IN 46321


LSI
8700 N. Cote Avenue
Munster, IN 46321


Maintenance USA
PO Box 404295
Atlanta, GA 30384


Midwest Internet Solutions
15107 W. 83rd Terrace
Lenexa, KS 66219


Nicor
Attention: Bankruptcy Department
P.O. Box 190
Aurora, IL 60507


Permar Security Service
PO Box 635
Davenport, IA 52805


Plasticard-Lockteck
605 Sweeten Creek Industrial
Asheville, NC 28803


Pravin
8700 N. Cote Avenue
Munster, IN 46321


Red Roof Franchising
PO Box 840551
Dallas, TX 75284-0551

Ronnoco Coffee
4141 Sarpy Ave
Saint Louis, MO 63110


Royal Publishing
7620 N. harker Dr
Peoria, IL 61615


Safeguard
PO Box 88043
Chicago, IL 60680


Stahl Cowen Crowley Addis, LLC
55 West Monroe
Suite 1200
Chicago, IL 60603


Stanley Convergent Security
Field Headquarters
55 Shuman Blvd, Suite 900
Naperville, IL 60563


Suburban E-Z Premium
5616 W. 95th St.
Oak Lawn, IL 60453


Technology Insurance
20 Trafalgar Square
Suite 459
Nashua, NH 03063


Ultra Chem
8043 Flint Street
Overland Park, KS 66214


United Central Bank
4555 West Walnut
Garland, TX 75042


US Food Service
PO BOX 771829
Chicago, IL 60677

Verizon Wireless
26935 Northwestern Hwy, #100-CFS
Southfield, MI 48033


Vijay Inc.
8700 N. Cote Avenue
Munster, IN 46321


Vijay Patel
8700 N. Cote Avenue
Munster, IN 46321


Village of Monee
5130 W. Court St.
Monee, IL 60449


VRAJ
8700 N. Cote Avenue
Munster, IN 46321


Will County Treasurer
392 North Chicago Street
Joliet, IL 60432-4059


Zee Medical Inc
PO Box 781494
Indianapolis, IN 46278

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Monee Hospitality, Inc.__

Debtor(s)

Case No.

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Monee Hospitality, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February  1, 2013__

Date

__/s/ Edmund G. Urban III__

__Edmund G. Urban III 6182264__

Signature of Attorney or Litigant

Counsel for   __Monee Hospitality, Inc.__

__Urban & Burt, Ltd.__
__5320 W 159th Street__
__Suite 501__
__Oak Forest, IL 60452__
__708-687-5200 Fax:708-687-5278__
__bk@urbanburt.com__