UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Monee Hospitality, Inc.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-04100<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

*Agreed*

## FINAL ORDER EXTENDING AUTHORIZATION OF USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This matter coming to be heard upon the Motion of Monee Hospitality, Inc. (the "Debtor") for an extension of the Court's Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection (the "Motion"), pursuant to sections 361, 363 and 552 of title 11 of the United States Code (the "Bankruptcy Code"); the Court having determined that the interim relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors and other parties-in-interest; it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein, after due deliberation thereon, and good and sufficient cause appearing:

IT IS HEREBY ORDERED THAT:

The Debtor's Motion is GRANTED. The Court's Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection, signed on March 14, 2013 (D.I. #65), and as extended by this Court's Agreed Order signed on May 2, 2013 (D.I. #79) and the Agreed Order signed on September 4, 2013 (D.I. #123), is further extended until the date of the closing of the sale of the Debtor's real property located at 25640 S. Friendship Drive, Monee, Illinois 60449.

*earlier of October 15, 2013 or*

Enter: *Jacqueline P. Cox*
J. Cox  10-1-13
United States Bankruptcy Judge

Dated: OCT 1 - 2013

**Prepared by:**
Urban & Burt, Ltd.
5320 W. 159th St., #501
Oak Forest, IL 60452
(708) 687-5200

Rev: 20130104_bko

| | | | | | Sep-13 BUDGET | ACTUAL | 13-Oct BUDGET |
|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | | |
| | Income | | | | | | |
| | | | ROOM REVENUE | | 82203 | | 62321 |
| | | | Total Gross Income w/ Sales & Occupancy Tax | | 89234 | | 72916 |
| | Expense | | | | | | |
| | | | Advertisement | | 200 | | 200 |
| | | | Automobile Expense | | 50 | | 50 |
| | | | Breakfast Supply | | 2500 | | 1700 |
| | | | CABLE TV | | 750 | | 750 |
| | | | CREDIT CARD PROCEESING | | 1500 | | 1100 |
| | | | CARPET-CLEANING | | 0 | | 560 |
| | | | CARPET-CORRIDOR | | 0 | | 0 |
| | | | CASUAL LABOR | | 0 | | 0 |
| | | | CLEANING SUPPLIES | | 100 | | 100 |
| | | | COMPUTER SYSTEM | | 100 | | 100 |
| | | | CONVENSION FEE | | 63 | | 63 |
| | | | Dues and Subscriptions | | 29 | | 29 |
| | | | Elevator Maintenance | | 300 | | 300 |
| | | 10% | F.FEE | | 7500 | | 6000 |
| | | | Garbage Disposal | | 225 | | 225 |
| | | | GRASS CUTTING | | 150 | | 450 |
| | | | Insurance | | | | |
| | | | | Liability Insurance | 2167 | | 2167 |
| | | | | Work Comp | 650 | | 650 |
| | | | Internet | | 100 | | 100 |
| | | 0 | LAND SCAPE | | 300 | | 250 |
| | | | Laundry Supply | | 375 | | 375 |
| | | | Licenses and Permits | | 85 | | 85 |
| | | 0 | RED ROOF Property Improvement Plan | | 7000 | | 5000 |
| | | | PEST CONTROL | | 300 | | 100 |
| | | | Office Supplies | | 167 | | 150 |
| | | | Payroll Expenses | | 11500 | | 9600 |
| | | | Pool Supply | | 188 | | 200 |
| | | | Professional Fees | | | | |
| | | | | Accounting | 125 | | 125 |
| | | | | Legal Fees | | | |
| | | | REPAIR SUPPLIES | | 450 | | 450 |
| | | | Repairs | | | | |
| | | | | Building Repairs | 167 | | 167 |
| | | | | Equipment Repairs | 125 | | 125 |
| | | | ROOM SUPPLIES | | 2000 | | 2900 |
| | | | Security Service | | 209 | | 209 |
| | | | Snow Plowing | | 0 | | 0 |
| | | | Taxes-940 | | 75 | | 75 |
| | | | Taxes-941 | | 2800 | | 2400 |
| | | | Taxes-IL941 | | 600 | | 600 |
| | | | Taxes-PROPERTY | | 2500 | | 2500 |
| | | 16% | Taxes-SALES/OCCUPANCY Tax | | 8500 | | 10000 |
| | | | Taxes-UNEMPLOYMENT | | 600 | | 600 |
| | | | Telephone | | 450 | | 450 |
| | | | TRAINING | | 250 | | 250 |
| | | | RECEIVER FEE | | 0 | | 0 |
| | | | TRAVEL COMMISION | | 200 | | 200 |
| | | | TV/AC PURCHASE | | | | |
| | | | Utilities | | | | |
| | | | | Electric | 2500 | | 2000 |
| | | | | Water | 666 | | 666 |
| | | | | Water-SALT | 108 | | 100 |
| | | | | Gas | | | 450 |
| | | | UST FEE | | 900 | | 900 |
| | | | UCB Adequate Protection Payments | | 15000 | | 15000 |
| | Total Expense | | | | 74524 | | 70471 |
| | | | | | 89234 | | 72916 |
| | | | | | 14710 | | 2445 |