**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In The Matter of | No.: 13-04100 |
| Monee Hospitality, Inc., | Judge: Cox |
| | Chapter 7 |
| Debtor(s) | Trustee: Liebowitz |

## FINAL REPORT AND ACCOUNT PURSUANT TO RULE 1019

NOW comes the Debtor, Monee Hospitality, Inc., by and through its attorneys, URBAN & BURT, LTD., and files this Final Report and Account of its Chapter 11 and transmitted same to the United States Trustee and states as follows:

1. The Debtor filed a voluntary Chapter 11 Bankruptcy petition on February 1, 2013.

2. This Chapter 11 was designated a Single Asset Real Estate case.  The Debtor sold its single asset, a hotel operating as a Red Roof Inn, on October 8, 2013 pursuant to Section 363 of the Bankruptcy Code and the October 3, 2013 order of this Court.  The transaction's HUD is attached.

3. The total amount of funds which passed through the Chapter 11 was $621,794.60.

4. The Debtor has filed all required United States Trustee monthly operating reports.  They are available upon request and on the Court's docket through PACER.

5. The Debtor has made the following disbursements since the last United States Trustee operating report:

    I.D.E.S., unemployment taxes: $283.76
    United States Treasurer: $449.93

6. Upon conversion of the Chapter 11 to a Chapter 7, the following accounts contained the corresponding balances:

    DIP Chase Bank Account: $4,662.03
    Receivership Account: $737.35

7. At the time of conversion, the Debtor had no other assets.

                                                                /s/ Edmund G. Urban III
                                                                Edmund G. Urban III

URBAN & BURT, LTD.
Attorneys for Debtor
5390 W. 159th Street, #501
Oak Forest, IL 60452
(708) 687-5200
L:\iii\monee.h.13\motions-orders\monee.h.13-034-mor.wpd